Ruth Will (Mueller), Appellee, v. 1527–31 Wicker Park Avenue Building Corporation et al., Defendants. Elm Park Hotel Company, Appellant.

Gen. No. 43,056.

opinion filed February 16, 1948; rehearing denied March 2, 1948; released for publication March 2, 1948. Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel; Hy Smoller and Marion J. Hannigan, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.